**Kelsie MORRISON et al., Plaintiffs in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. May 9, 1925.)

No. 6408.

In Error to the District Court of the United States for the Western District of Oklahoma; John H. Cotteral, Judge.

H. P. White, of Pawhuska, Okl. (William Pfeiffer, of Oklahoma City, Okl., on the brief), for plaintiffs in error.

Before SANBORN and KENYON, Circuit Judges, and BOOTH, District Judge.

BOOTH, District Judge. Plaintiffs in error were jointly indicted, tried, and convicted for having in their possession, on or about the 13th of August, 1921, intoxicating liquor "in and upon the Indian country, to wit, Osage county, Oklahoma."

The questions involved are identical with those considered and disposed of in No. 6489, Browning v. United States, 6 F.(2d) 801, decision filed May 9, 1925. The holding in that case is conclusive of this.

Judgment affirmed.